EXHIBIT "A"

# HOME EQUITY LINE OF CREDIT NOTE
(WITH A FLOOR RATE PROVISION)

BORROWER: Edward Henkin
Susan Henkin

LENDER: GIBRALTAR PRIVATE BANK & TRUST COMPANY

PAID JUN 25 2013 GIBRALTAR PRIVATE BANK & TRUST

PROPERTY ADDRESS:

LOAN NUMBER #

CREDIT LIMIT: $ 358,000.00

DATE OF AGREEMENT: DECEMBER 6, 2007

**Introduction.** This Home Equity Line of Credit Note ("Agreement") governs your line of credit (the "Credit Line" or the "Credit Line Account") issued through Gibraltar Private Bank & Trust Company. In this Agreement, the words "Borrower", "you", "your", "Grantor," and "Applicant" mean each and every person who signs this Agreement, including all Borrowers named above. The words "we", "us", "our", and "Lender" mean Gibraltar Private Bank & Trust Company.

You agree to the following terms and conditions:

**Promise to Pay.** You promise to pay Gibraltar Private Bank & Trust Company, or order, the total of all credit advances and FINANCE CHARGES, together with all costs and expenses for which you are responsible under this Agreement or under the "Mortgage" which secures your Credit Line. You will pay your Credit Line according to the payment terms set forth below. If there is more than one Borrower, each is jointly and severally liable on this Agreement. This means we can require any one of you to pay all amounts due under this Agreement, including credit advances made to any of you. Each Borrower authorizes any other Borrower, on his or her signature alone, to request and receive credit advances, and to do all other things necessary to carry out the terms of this Agreement. We can release any of you from responsibility under this Agreement, and the others will remain responsible.

**Term.** The term of your Credit Line will begin as of the date of the Agreement ("Opening Date") and will continue until JANUARY 1, 2013. All indebtedness under this Agreement, if not already paid pursuant to the payment provisions below, will be due and payable upon maturity. The draw period of your Credit Agreement will begin on a date, after the Opening Date, when the Agreement is accepted by us in the State of Florida, following the expiration of the right to cancel, the perfection of the Mortgage, the receipt of all required certificates of noncancellation, and the meeting of all of our other conditions and will continue as follows: 60 months. You may obtain credit advances during this period ("Draw Period"). You agree that we may renew or extend the period during which you may obtain credit advances or make payments. You further agree that we may renew your Credit Line Account or extend its term.

**Minimum Payment.** Your Regular Payment will equal the amount of your accrued FINANCE CHARGES. You will make 59 of these payments. You will then be required to pay the entire balance owing in a single balloon payment. If you make only the minimum payments, you will not repay any of the principal balance by the end of the Plan. Your payments will be due monthly. Your "Minimum Payment" will be the Regular Payment, plus any amount past due and all other charges. The Minimum Payment will not fully repay the principal that is outstanding on your Credit Line and your final payment will be a single balloon payment. You agree to pay not less than the Minimum Payment on or before the due date indicated on your periodic billing statement.

**Balloon Payment.** Your Credit Line Account is payable in full upon maturity in a single balloon payment. You must pay the entire outstanding principal, interest and any other charges then due. Unless otherwise required by applicable law, we are under no obligation to refinance the balloon payment at that time. You may be required to make payments out of other assets you own or find a lender, which may be us, willing to lend you the money. If you refinance the balloon, you may have to pay some or all of the closing costs normally associated with a new credit line account, even if you obtain refinancing from us.

**Application of Payments.** Unless otherwise agreed or required by applicable law, payments and other credits will be applied in the following order: to (a) FINANCE CHARGES (b) late charges and other charges; (c) any amounts that exceed your Credit Limit; and (d) unpaid principal.

**Receipt of Payments.** All payments must be made by a check, money order, or other instrument in U.S. dollars and must be mailed to us at the remittance address shown on your periodic billing statement. Payments received at that address prior to 2:00 P.M. Eastern Standard Time on any business day will be credited to your Credit Line as of the date received. If we receive payments at other locations, such payments will be credited promptly to your Credit Line, but crediting may be delayed for up to five (5) days after receipt.

**Credit Limit.** This Agreement covers a revolving line of credit for THREE HUNDRED FIFTY-EIGHT THOUSAND AND 00/100 ($ 358,000.00 ), which will be your "Credit Limit" under this Agreement. During the Draw Period we will honor your request for credit advances subject to the section below on Lender's Rights. You may borrow against the Credit Line, repay any portion of the amount borrowed, and re-borrow up to the amount of the Credit Limit. Your Credit Limit is the maximum amount you may have outstanding at any one time. You agree not to attempt, request, or obtain a credit advance that will make your Credit Line Account balance exceed your Credit Limit. Your Credit Limit will not be increased should you overdraw your Credit Line Account. If you exceed your Credit Limit, you agree to repay immediately the amount by which your Credit Line Account exceeds your Credit Limit, even if we have not yet billed you. Any credit advances in excess of your Credit Limit will not be secured by the Mortgage covering your Principal dwelling.

**Charges to Your Credit Line.** We may charge your Credit Line or pay other fees and costs that you are obligated to pay under this Agreement under the Mortgage or under any other document related to your Credit Line. In addition we may charge your Credit Line for funds required for continuing insurance coverage as described in the paragraph titled "Insurance" below or as described in the Mortgage. We may also, at our option, charge your Credit Line to pay any costs or expenses to protect or perfect our security interest in your dwelling. These costs or expenses include, without limitation, payments to cure defaults under any existing liens on your dwelling. If you do not pay your property taxes, we may charge your Credit Line and pay the delinquent taxes. Any amount so charged to your Credit Line will be a credit advance and will decrease the funds available, if any, under the Credit Line. However, we have no obligation to provide any of the credit advances referred to in this paragraph.

**Credit Advances.** After the Effective Disbursement Date of this Agreement, you may obtain credit advances under your Credit Line as follows:

(a) Writing a preprinted Credit Line Check that we will supply to you.

If there is more than one person authorized to use this Credit Line Account, you agree not to give us conflicting instructions, such as one of

```
CFN 2013R0441395
OR Bk 28660 Pgs 4084 - 4085; (2pgs)
RECORDED 06/04/2013 11:37:26
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
```

This instrument prepared by:
Alan W. Levine, Esq.
Levine & Partners, P.A.

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS: That Gibraltar Private Bank & Trust Company, the owner and holder of a certain mortgage deed executed by Edward Henkin and Susan Henkin (collectively, "Borrower"), dated December 6, 2007, and recorded February 19, 2008 in Official Records Book 26220, at Page 4849 of the Public Records of Miami-Dade County, Florida (the "Mortgage"), securing a promissory note in the original principal sum of Three Hundred Fifty Eight Thousand and 00/100 Dollars ($358,000.00)(the "Note"), and certain promises and obligations set forth in said mortgage deed, upon the property situate in said State and County described as follows, to-wit:

Lot 24, Block 16, Cocoplum Section Two, Plat C, according to the Plat thereof, as recorded in Plat Book 117, Page 65 of the Public Records of Miami-Dade County, Florida.

hereby acknowledge full payment and satisfaction of said Note and Mortgage, thus releasing the Borrower and any guarantors, and surrenders the same as canceled, and hereby directs the Clerk of the Court to cancel the same of record.

IN WITNESS WHEREOF, we have executed this Satisfaction of Mortgage this 29 day of MAY, 2013.

Signed, sealed and delivered
in the presence of:

Gibraltar Private Bank & Trust Company

Print Name: Jorse L Guerra

By: Kenneth V Brooks
Name: Kenneth V. Brooks
Address: _____

Print Name: NICHOLAS CROSS

Book28660/Page4084     CFN#20130441395                Page 1 of 2

OR BK 28660 PG 4085
LAST PAGE

STATE OF FLORIDA    )
                    )  ss
COUNTY OF MIAMI-DADE )

This instrument was acknowledged before me this 29th day of May, 2013, by Kenneth Y. Brooks, as Vice President of Gibraltar Private Bank & Trust Company, who is personally known to me, or who has produced _____ as identification.

My commission expires:

NOTARY PUBLIC FOR _____

Print Name: _____

(Notary Seal)

MICHAEL C. SONTAG
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD977669
Expires 4/2/2014

EXHIBIT "B"

# Experian
*A world of insight*



Prepared for: EDWARD HENKIN
Date: December 01, 2014
Report number: ███████

Page 4 of 16

## Your accounts that may be considered negative (continued)

**GIBRALTAR PRIVATE BANK&T**

No phone number available
Partial account number 2900....
Address identification number ███████
Original creditor GIBRALTAR PRIVATE BANK & TRUST

| | |
|---|---|
| Date opened | Dec 2007 |
| First reported | Jul 2010 |
| Date of status | Nov 2014 |
| Type | Home Equity |
| Terms | Not reported |
| Monthly payment | Not reported |
| Credit limit or original amount | $358,000 |
| High balance | $358,000 |
| Recent balance | Not reported |
| Responsibility | Signer with SUSAN L HENKIN |
| Status | Account charged off. $359,324 written off. This account is scheduled to continue on record until Sep 2017. |
| Your statement | "Y ITEM DISPUTED BY CONSUMER" |

This item was updated from our processing of your dispute in Nov 2014.

### Payment history

**2014**
MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL
CO  CO  CO  CO  CO   CO  CO  CO  CO  CO  CO

**2013**
JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL
CO  CO  CO  CO  CO  CO   CO  CO  CO  CO  CO  CO

**2012**
JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL
CO  CO  CO  CO  CO  CO   CO  CO  CO  CO  CO  CO

**2011**
JUN MAY APR MAR FEB JAN  DEC NOV OCT SEP AUG JUL
180 180 180 180 150 120  90  60  30  ND  ND  ND

**2010**
JUN MAY APR MAR FEB JAN
ND  ND  ND  ND  ND  ND

| AB | = Account balance ($) | DPR | = Date payment received | SPA | = Scheduled payment amount ($) | APA | = Actual amount paid ($) |

| | Jun13 | May13 | Apr13 | Mar13 | Feb13 | Jan13 | Dec12 |
|---|---|---|---|---|---|---|---|
| AB | 45,778 | 359,324 | 359,324 | 359,324 | 359,324 | 359,324 | 359,324 |
| DPR | Oct13 | Oct13 | Oct13 | Oct13 | Oct13 | Oct13 | Oct13 |
| SPA | ND | ND | ND | ND | ND | ND | ND |
| APA | 313,546 | ND | ND | ND | ND | ND | ND |

Between Dec 2012 and Jun 2013, your credit limit/high balance was $359,533.

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

### Payment history

**2009**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN   DEC NOV OCT SEP AUG JUL JUN
                                                   (2008)

0099190644



Prepared for: EDWARD R HENKIN
Date: March 16, 2015
Report number: ▇▇▇▇▇▇

Page 3 of 14

## Your accounts that may be considered negative (continued)

### GIBRATLAR PRIVATE BANK&T

| | |
|---|---|
| Original creditor | GIBRALTAR PRIVATE BANK & TRUST |
| Address | 2900 ▇▇▇▇▇ |
| Account identification number | ▇▇▇▇▇▇ |
| Partial account number | ▇▇▇▇▇ |
| No phone number available | |

| | | | |
|---|---|---|---|
| Date opened | Dec 2007 | Type | Home Equity |
| First reported | Jul 2010 | Credit limit or original amount | $358,000 |
| Date of status | Jan 2015 | Terms | Not reported |
| | | Monthly payment | Not reported |
| | | High balance | $358,000 |
| | | Recent balance | Not reported |
| | | Responsibility | Signer with SUSAN L HENKIN |

**Status:** Paid in settlement, $359,324 written off. This account is scheduled to continue on record until Sep 2017.

**Comment:** Account paid in full for less than full balance
This item was updated from our processing of your dispute in Mar 2015.

### Payment history

**2009**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2010**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2011**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2012**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2013**
JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND

### GIBRALTAR PRIVATE BANK&T

**Payment history**

**2010**
DEC NOV OCT SEP AUG JUL
ND ND ND ND ND ND

**2011**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2012**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2013**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2014**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2015**
JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**AB** = Account balance ($)  **DPR** = Date payment received  **SPA** = Scheduled payment amount ($)  **APA** = Actual amount paid ($)

| | Jun13 | May13 | Apr13 | Mar13 |
|---|---|---|---|---|
| AB | 45,778 | 359,324 | 359,324 | 359,324 |
| DPR | Oct13 | Oct13 | Oct13 | |
| SPA | ND | ND | ND | ND |
| APA | 313,546 | ND | ND | ND |

Between Mar 2013 and Jun 2013, your credit limit/high balance was $359,533.

0099190644

# Experian
### A world of insight

Prepared for: EDWARD R HENKIN
Date: March 18, 2015
Report number: ▓▓▓▓

Page 3 of 14

## Your accounts that may be considered negative (continued)

### GIBRALTAR PRIVATE BANK&T

| | |
|---|---|
| Address identification number | 2900.... |
| Partial account number | |
| No phone number available | |
| Original creditor | GIBRALTAR PRIVATE BANK & TRUST |

| | | | |
|---|---|---|---|
| Date opened | Dec 2007 | Type | Home Equity |
| First reported | Jul 2010 | Credit limit or original amount | $358,000 |
| Date of status | Jan 2015 | Terms | Not reported |
| | | Monthly payment | $358,000 |
| | | | Not reported |

| | |
|---|---|
| Recent balance | Not reported |
| Responsibility | Signer with SUSAN L HENKIN |
| Status | Paid in settlement, $359,324 written off. This account is scheduled to continue on record until Sep 2017. |
| Comment: | Account paid in full for less than full balance This item was updated from our processing of your dispute in Mar 2015. |

### Payment history

**2009**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
[30] [180] [60] [90] [150]

**2010**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2011**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2012**
DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN
ND ND ND ND ND ND ND ND ND ND ND ND

**2013**
JUN MAY APR MAR FEB JAN
FS ND ND ND ND ND

### Payment history

**2013**
DEC NOV OCT SEP AUG JUL
ND ND ND ND ND ND

**2014**
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
ND ND ND ND ND ND ND ND ND ND ND ND

**2015**
JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG
CO CO CO CO CO CO CO CO CO CO CO CO

**AB** = Account balance ($)   **DPR** = Date payment received   **SPA** = Scheduled payment amount ($)   **APA** = Actual amount paid ($)

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

| | Jun13 | May13 | Apr13 | Mar13 |
|---|---|---|---|---|
| AB | 45,778 | 359,324 | 359,324 | 359,324 |
| DPR | Oct13 | Oct13 | Oct13 | Oct13 |
| SPA | ND | ND | ND | ND |
| APA | 313,546 | ND | ND | ND |

▼ Between Mar 2013 and Jun 2013, your credit limit/high balance was $359,533

0099190644


\*\*\* 347881148-011 \*\*\*
P.O. Box 2000
Chester, PA 19022-2000



12/02/2014    TransUnion.

P44E4W00202418-1019223-004537586

EDWARD R. HENKIN



You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey.
We value your feedback!

http://transunionmail.periscopeiq.com



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs.

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|---|---|---|
| ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| ~~[redacted]~~ | ~~[redacted]~~ | ~~[redacted]~~ |
| ~~[redacted]~~ | ~~[redacted]~~ | NEW INFORMATION BELOW |
| GIBRALTAR PRIVATE BANK & | # 2900\*\*\*\* | NEW INFORMATION BELOW |
| GIBRALTAR PRIVATE BANK & | # 2900\*\*\*\* | |

P44E4W-002-02418-I019223

Page: 2 of 5

...er Credit Report for EDWARD R. HENKIN

### GIBRALTAR PRIVATE BANK & #2900****

| | | |
|---|---|---|
| Date Opened: | 12/06/2007 | |
| Responsibility: | Primary Borrower on Account | |
| Account Type: | Revolving Account | |
| Loan Type: | HOME EQUITY LOAN | |

| | |
|---|---|
| Balance: | $45,778 |
| Date Updated: | 11/20/2014 |
| Payment Received: | $313,546 |
| Last Payment Made: | 06/14/2014 |
| High Balance: | $359,405 |
| Original Creditor: | GIBRALATAR PRIVATE BANK TRUS (Banking) |
| Credit Limit: | $358,000 |
| Past Due: | >$45,778< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | Paid Monthly |
| Date Closed: | 09/04/2012 |
| | >Maximum Delinquency of 30 days in 10/ and in 01/2011< |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2017

| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | |

| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | C/O | C/O | C/O | C/O | C/O | C/O | |

| | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | |

| | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | | OK | OK | 60 | OK |

### GIBRALTAR PRIVATE BANK & #2900****

| | | |
|---|---|---|
| Date Opened: | 12/06/2007 | |
| Responsibility: | Primary Borrower on Account | |
| Account Type: | Revolving Account | |
| Loan Type: | HOME EQUITY LOAN | |

| | |
|---|---|
| Balance: | $45,778 |
| Date Updated: | 11/20/2014 |
| Payment Received: | $313,546 |
| Last Payment Made: | 06/14/2014 |
| High Balance: | $359,405 |
| Original Creditor: | GIBRALATAR PRIVATE BANK TRUS (Banking) |
| Credit Limit: | $358,000 |
| Past Due: | >$45,778< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | Paid Monthly |
| Date Closed: | 09/04/2012 |
| | >Maximum Delinquency of 60 days in 05/ |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2017

| | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | |

| | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | C/O | C/O | C/O | C/O | C/O | C/O | |

| | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | |

| | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | | OK | OK | | OK | OK |

| | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|
| Rating | OK | 60 | 30 | OK |

Consumer Credit Report for EDWARD R. HENKIN

## GIBRALTAR PRIVATE BANK & #2900****

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date Opened: | 12/06/2007 | Balance: | $45,778 | Pay Status: | >Charged Off< |
| Responsibility: | Primary Borrower on Account | Date Updated: | 11/20/2014 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Payment Received: | $313,546 | Date Closed: | 09/04/2012 |
| Loan Type: | HOME EQUITY LOAN | Last Payment Made: | 06/14/2014 | | >Maximum Delinquency of 30 days in 10/2010 and in 01/2011< |
| | | High Balance: | $359,405 | | |
| | | Original Creditor: | GIBRALATAR PRIVATE BANK TRUS (Banking) | | |
| | | Credit Limit: | $358,000 | | |
| | | Past Due: | >$45,778< | | |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2017

| Rating | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X |

| Rating | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| Rating | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| Rating | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 30 | OK | OK | 30 | OK |

## GIBRALTAR PRIVATE BANK & #2900****

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date Opened: | 12/06/2007 | Balance: | $45,778 | Pay Status: | >Charged Off< |
| Responsibility: | Primary Borrower on Account | Date Updated: | 11/20/2014 | Terms: | Paid Monthly |
| Account Type: | Revolving Account | Payment Received: | $313,546 | Date Closed: | 09/04/2012 |
| Loan Type: | HOME EQUITY LOAN | Last Payment Made: | 06/14/2014 | | >Maximum Delinquency of 60 days in 05/2010< |
| | | High Balance: | $359,405 | | |
| | | Original Creditor: | GIBRALATAR PRIVATE BANK TRUS (Banking) | | |
| | | Credit Limit: | $358,000 | | |
| | | Past Due: | >$45,778< | | |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 11/2017

| Rating | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | X | X | X | X | X | X | X |

| Rating | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| Rating | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| Rating | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 30 | OK | OK | 30 | OK | OK | OK |

| Rating | 06/2010 | 05/2010 | 04/2010 | 03/2010 |
|---|---|---|---|---|
| | OK | 60 | 30 | OK |

## VW CREDIT INC #84418**** ( 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048, (800) 428-4034 )

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date Opened: | 12/22/2006 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 10/16/2009 | Terms: | $707 per month, paid Monthly for 30 months |
| Account Type: | Installment Account | Payment Received: | $0 | Date Closed: | 10/16/2009 |
| Loan Type: | AUTO LEASE | Last Payment Made: | 10/16/2009 | | >Maximum Delinquency of 30 days in 10/2008< |
| | | High Balance: | $21,205 | | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; FULL TERMINATION/OBLIG SATIS; CLOSED

| Rating | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | 30 |

| Rating | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## VW CREDIT INC #84433**** ( 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048, (800) 428-4034 )

| Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|
| Date Opened: | 12/31/2006 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 05/31/2009 | Terms: | $331 per month, paid Monthly for 30 months |
| Account Type: | Installment Account | Payment Received: | $0 | Date Closed: | 05/31/2009 |
| Loan Type: | AUTO LEASE | Last Payment Made: | 10/16/2009 | | >Maximum Delinquency of 30 days in 05/2008 and in 12/2008< |
| | | High Balance: | $9,923 | | |

Remarks: DISP INVG COMP-CONSUM DISAGRS; FULL TERMINATION/OBLIG SATIS; CLOSED

| Rating | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK | OK | 30 |

EXHIBIT "C"




Experian Credit Agency

I have been trying to correct some errors in my Experian credit report, as shown in a report pulled by my banker. I have enclosed proofs of my identifying information as follows:

Edward Henkin

Social Security #

DoB:

Previous Address:

Please correct the accounts I have listed below because my research into reporting laws and the Fair Credit Reporting Act indicates that they are inaccurately reported.

1) GBRLTR PRVTE #2900xxx: I am not liable for this account any longer. The agent at Gibralter with whom I was working assured me that this account would be removed from my credit profile.
2) CHASE #: I am not liable for this account either. Chase offered to accept $3 million for this property, I sold it and paid the full $3 million. It was never in foreclosure and was never foreclosed upon so this is inaccurately reported in a very negative and harmful manner.
3) CITI #: This account went delinquent in 2009 which lead to charge off status. I paid it. I am now a New York State resident (see proofs of address) so this must be removed as a paid charge off account more than 5 years old, as NY State reporting laws require.
4) CHRYSLR FIN #: My bank records show that this was never paid 30 days late.
5) VW CREDIT #: This was never paid in arrears. VW has no record of a late payment on the account when I recently contacted them for proof of the reported late payment.
6) VW CREDIT #: As noted above, VW Credit has no record of a late payment in my credit history with them on ANY account. Please remove this as unsubstantiated harmful information, inaccurately reported.
7) SANGAMON RECORDER STATE TAX LIEN, RELEASED: I have no idea what this is. I searched for this county and found that it is in Illinois. I do not live there and do not recognize this tax lien so please remove it from my credit file.

Sincererly,
Edward Henkin

10/1/14



Edward Henkin

Transunion Credit Agency

I have been trying to correct some errors in my Transunion credit report, as shown in a report pulled by my banker. I have enclosed proofs of my identifying information as follows:

Edward Henkin

Social Security

DoB:

Previous Address:

Please correct the accounts I have listed below because my research into reporting laws and the Fair Credit Reporting Act indicates that they are inaccurately reported.

1) GBRLTR PRVTE #2900xxx: I am not liable for this account any longer. The agent at Gibralter with whom I was working assured me that this account would be removed from my credit profile.
2) CHASE #: I am not liable for this account either. Chase offered to accept $3 million for this property, I sold it and paid the full $3 million. It was never in foreclosure and was never foreclosed upon so this is inaccurately reported in a very negative and harmful manner.
3) CITI #: This account went delinquent in 2009 which lead to charge off status. I paid it. I am now a New York State resident (see proofs of address) so this must be removed as a paid charge off account more than 5 years old, as NY State reporting laws require.
4) CHRYSLR FIN: My bank records show that this was never paid 30 days late.
5) VW CREDIT: This was never paid in arrears. VW has no record of a late payment on the account when I recently contacted them for proof of the reported late payment.
6) VW CREDIT: As noted above, VW Credit has no record of a late payment in my credit history with them on ANY account. Please remove this as unsubstantiated harmful information, inaccurately reported.
7) SANGAMON RECORDER STATE TAX LIEN, RELEASED: I have no idea what this is. I searched for this county and found that it is in Illinois. I do not live there and do not recognize this tax lien so please remove it from my credit file.

Sincererly,
Edward Henkin

10/1/14

EXHIBIT "D"



Edward Henkin

Experian Credit Agency

Edward Henkin

Social Security #
DoB:
Report #

GBRLTR PRVTE #2900xxx: I am not liable for this account any longer. The agent at Gibralter with whom I was working assured me that this account would be removed from my credit profile and it has been removed from my Equifax and Experian reports. This account was written through a business and was never my personal responsibility, so it MUST be removed. You continue to report an account that I was not personally liable for. You have reported it with a "written off" balance, as though it had never been paid. You have updated this account with a CURRENT CHARGE OFF STATUS as of November 2014, though it was paid in full well over a year ago. Your company has perfectly destroyed my Experian fico score with this erroneous and false reporting and you have done this knowingly because I have brought it to your attention through the dispute process.

However, Experian continues to report this account with a Charged Off status in the Payment History as recently as November 2014. This is absolutely erroneous and false information which is causing severe financial hardships for me as I try to move forward with critical financing for my business.

A copy of the Satisfaction of Mortgage, proving payment details of this account, is attached. Your company is guilty of purposely reporting inaccurate account information in violation of the FCRA. I will expect this account to be removed for my credit profile immediately and ask that you mail an updated report to me asap.

Sincererly,
Edward Henkin

12/15/14

EXHIBIT "E"



Edward Henkin

Transunion Credit Agency

Edward Henkin
Social Security
DoB:
File #

<u>GBRLTR PRVTE #2900xxx:</u> I am not liable for this account any longer. The agent at Gibralter with whom I was working assured me that this account would be removed from my credit profile and it has been removed from my Equifax and Experian reports. This account was written through a business and was never my personal responsibility, so it MUST be removed. You continue to report an account that I was not personally liable for. You have reported it with an open balance. You have even reported it in DUPLICATE per my previous dispute submitted online on 11/7/14. Your company has perfectly destroyed my Trans Union fico score with this erroneous and false reporting and you have done this knowingly because I have brought it to your attention multiple times!

However, Trans Union continues to report this account – and with an open balance too. This is absolutely erroneous and false information which is causing severe financial hardships for me as I try to move forward with critical financing for my business.

A copy of the Satisfaction of Mortgage, proving payment of this account, is attached. Your company is guilty of purposely reporting inaccurate account information in violation of the FCRA. I will expect this account to be removed for my credit profile immediately and ask that you mail an updated report to me asap.

Sincererly,
Edward Henkin

12/15/14

Workspace Webmail :: Print

Print | Close Window

**Subject:** Fwd: Update!
**From:** ~~redacted~~
**Date:** Thu, Apr 02, 2015 12:36 pm
**To:** ~~redacted~~

Sent from my iPhone
Dan
~~redacted~~

~~redacted~~ cell/text
~~redacted~~ direct line

Begin forwarded message:

**From:** Dave Ryan <~~redacted~~>
**Date:** April 2, 2015 at 3:24:53 PM EDT
**To:** ~~redacted~~
**Subject:** RE: Update!

Daniel,

The earliest we could consider this loan would be June. We have to be 24 months out from the foreclosure satisfaction. The Chase loan appears to of been satisfied in June 2013. The other issue we would have is Gibraltar loan for some reason reported a major late in 1/15. That needs to be correct through the credit bureaus.

Sincerely,

David Ryan
Senior Account Executive

***Ask about our Rebate Pricing and New 1-4 Unit Non-Owner Occ Program!!!!

Velocity Commercial Capital
~~redacted~~

**From:** ~~redacted~~
**Sent:** Wednesday, April 01, 2015 3:55 PM
**To:** Dave Ryan
**Subject:** Fwd: Update!

Dave,